**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

In re:  James Richard Freymark and Vicki Sue Freymark
   **Debtor(s):**              Case No.: 09–46840
   James Richard Freymark
   xxx–xx–1468
   Vicki Sue Freymark
   xxx–xx–6090

                     Chapter: 7

### ORDER

 A review of the Court file has revealed that certain reaffirmation agreements have been filed, and that the Debtor(s) was/were not represented by an attorney during the course of negotiating such agreements or that certain motions have been filed seeking approval of the reaffirmation agreements. Therefore,

 **IT IS ORDERED** that the Debtor(s) James Richard Freymark and Vicki Sue Freymark and any parties seeking approval of a reaffirmation agreement in this case shall appear at a hearing on 2/12/14 at 02:00 PM in Thomas F. Eagleton U. S. Courthouse, 111 South Tenth Street, Courtroom 5 North – Fifth Floor, St. Louis, MO 63102, and present testimony and other evidence in support of the reaffirmation agreements or motions as may be required by 11 U.S.C. § 524. Any documents that support approval of such agreement(s) or motions are to be filed not later than the date and time of this hearing.

Dated: 12/20/13

                             United States Bankruptcy Judge

**Reported Alias Information:**
James Richard Freymark –
Vicki Sue Freymark –

12/05

United States Bankruptcy Court
Eastern District of Missouri

In re:
James Richard Freymark
Vicki Sue Freymark
    Debtors

Case No. 09-46840-bss
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0865-4     User: mccs     Page 1 of 1     Date Rcvd: Dec 20, 2013
                Form ID: reaff     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2013.
db/db      +James Richard Freymark,    Vicki Sue Freymark,    2119 Windswept Estates Drive,    Imperial, MO 63052-2234

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr        +E-mail/Text: bankruptcy@gopfs.com Dec 21 2013 00:07:16     Prestige Financial Services,    PO Box 26707,    Salt Lake City, UT 84126-0707
                                                                                                                                 TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2013                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2013 at the address(es) listed below:
          Cynthia M. Woolverton    on behalf of Creditor    PNC Bank, N.A. bkty@msfirm.com
          David Nelson Gunn    on behalf of Debtor Vicki Sue Freymark stlouis@tbcwam.com,    dgunn@tbcwam.com, rlawson@tbcwam.com,stlouistbcwam@gmail.com
          David Nelson Gunn    on behalf of Debtor James Richard Freymark stlouis@tbcwam.com, dgunn@tbcwam.com,rlawson@tbcwam.com,stlouistbcwam@gmail.com
          E. Rebecca Case    chapter7trustee@stoneleyton.com,    MO06@ecfcbis.com
          Office of U.S. Trustee    USTPRegion13.SL.ECF@USDOJ.gov
          Patti H. Bass    on behalf of Creditor    Capital One NA ecf@bass-associates.com
          Richard Stanley Ralston    on behalf of Creditor    Candica, L.L.C. richardr@w-legal.com, chapter-13@w-legal.com
          Richard Stanley Ralston    on behalf of Creditor    Ophrys, LLC richardr@w-legal.com, chapter-13@w-legal.com
          Robert Joseph Lawson    on behalf of Debtor Vicki Sue Freymark stlouis@tbcwam.com, rlawson@tbcwam.com;dgunn@tbcwam.com;stlouistbcwam@gmail.com;rjlawson@charter.net
          Robert Joseph Lawson    on behalf of Debtor James Richard Freymark stlouis@tbcwam.com, rlawson@tbcwam.com;dgunn@tbcwam.com;stlouistbcwam@gmail.com;rjlawson@charter.net
          Steven L. Crouch    on behalf of Creditor    GMAC Mortgage Corporation (PA) moedbknotices@southlaw.com
          William Thomas Holmes    on behalf of Creditor    PNC Bank, N.A. bkty@msfirm.com
                                                                                                                                   TOTAL: 12